HARRIET E. OSTRANDER, Appellant and Respondent, *v.* GEORGE N. OSTRANDER, Respondent and Appellant.

*Trust — accounting — action for accounting and removal of trustee.*

*Ostrander* v. *Ostrander*, 194 App. Div. 1, affirmed.

(Argued March 16, 1922; decided April 18, 1922.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1920, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee. The action was for an accounting and the removal of defendant as trustee under a certain trust agreement entered into between defendant and plaintiff, husband and wife, establishing a trust fund for the benefit of the wife.

*Edgar T. Brackett* and *William E. Bennett* for plaintiff, appellant and respondent.

*Joseph A. Kellogg* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.